UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DASHOD REED,

                  Plaintiff,

v.

PERRY RUSSELL, et al.,

                  Defendants.

Case No. 2:22-cv-00537-RFB-BNW

ORDER

### I. DISCUSSION

#### A. Application to Proceed *In Forma Pauperis*

Plaintiff Dashod Reed filed an application to proceed *in forma pauperis* for inmates. (ECF No. 1). However, Reed has recently filed an updated address, indicating that he is no longer incarcerated. (ECF No. 21). Therefore, Court denies Reed's application to proceed *in forma pauperis* for prisoners as moot. The Court now directs Reed to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $402. If Reed fails to file an application to proceed *in forma pauperis* by a non-prisoner, or pay the $402 filing fee, within thirty (30) days, this case will be subject to dismissal without prejudice.

#### B. Inmate Early Mediation

The Court issued an order with instructions for the Inmate Early Mediation Conference. (ECF No. 19). The Court's order came back as undeliverable to Reed's previous address. (ECF No. 20). In light of Reed filing an updated address, the Court will resend the order to Reed's new address.

Because Reed is no longer incarcerated, the inmate mediation conference currently set for Friday, February 9, 2024, at 8:30am shall be conducted utilizing Zoom video Conferencing. Reed shall contact the Courtroom Administrator, SUMMER RIVERA, at either summer_rivera@nvd.uscourts.gov or (702) 464-5613 to discuss the logistics to attend the mediation.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners, or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that the Clerk of the Court will send a courtesy copy of the Court's previous order regarding the mediation conference (ECF No. 19) to Plaintiff at his updated address.

IT IS FURTHER ORDRED that the inmate mediation conference currently set for Friday, February 9, 2024, at 8:30am shall be conducted utilizing Zoom video Conferencing.  Plaintiff shall contact the Courtroom Administrator, SUMMER RIVERA, at either summer_rivera@nvd.uscourts.gov or (702) 464-5613 to discuss the logistics to attend the mediation.

DATED THIS   11 day of December 2023.

_____
UNITED STATES MAGISTRATE JUDGE