# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Dashod Reed,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Perry Russell, et al.<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00537-RFB-BNW<br><br>**ORDER** |

　　　　The Court is in receipt of Plaintiff's proposed summons. ECF No. 31. The Office of the Attorney General has accepted service for all Defendants, except for Defendant Kyle-Ellender. The last-known address for Defendant Kyle-Ellender has been filed under seal. ECF No. 29.

　　　　Accordingly, **IT IS HEREBY ORDERED** that the U.S. Marshal's Office must attempt service on Defendant Kyle-Ellender.

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court **must** issue a summons for Defendant Kyle-Ellender and deliver the same to the U.S. Marshal for service together with one copy of each of the following documents: this Order, the operative complaint (ECF No. 16), the Court's Screening Order (ECF No. 15), and the address for Kyle-Ellender filed under seal (ECF No. 29).

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court **must** send Plaintiff one USM-285 form, together with a copy of this Order. **Plaintiff must** complete the USM-285 form regarding Kyle-Ellender (leave the address portion blank) and return the same to the Clerk's Office by mail no later than **May 9, 2024**.

　　　　**IT IS FURTHER ORDERED** that upon receipt of the completed USM-285 form in the Clerk's Office, the Clerk of Court **must** file the USM 285 form **under seal**, recording the same on

the docket, and deliver a copy of the completed form to the U.S. Marshal **within one court day of receipt**.

**IT IS FURTHER ORDERED** that the U.S. Marshal **must** attempt to effect service of the summons, the operative complaint, and Screening Order on Defendant Kyle-Ellender no later than **twenty days** after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Kyle-Ellender may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: April 9, 2024.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE