**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Dashod Reed,

         Plaintiff,

   v.

Perry Russell, et al.

         Defendants.

Case No. 2:22-cv-00537-RFB-BNW

**ORDER**

The Court is in receipt of Plaintiff's proposed summons. ECF No. 31. The Office of the Attorney General has accepted service for all Defendants, except for Defendant Kyle-Ellender. The last known address for Defendant Kyle-Ellender has been filed under seal. ECF No. 29.

Accordingly, **IT IS HEREBY ORDERED** that the U.S. Marshal's Office must attempt service on Defendant Kyle-Ellender.

**IT IS FURTHER ORDERED** that the Clerk of Court **must** issue a summons for Defendant Kyle-Ellender and deliver the same to the U.S. Marshal for service together with one copy of each of the following documents: this Order; the operative complaint (ECF No. 16); the Court's Screening Order (ECF No. 15); and the address for Kyle-Ellender filed under seal (ECF No. 29).

**IT IS FURTHER ORDERED** that the Clerk of Court **must** send Plaintiff one USM-285 form, together with a copy of this Order. **Plaintiff must** complete the USM-285 form regarding Kyle-Ellender (leave the address portion blank) and return the same to the U.S. Marshal by mail no later than **May 11, 2024**.

**IT IS FURTHER ORDERED** that the U.S. Marshal **must** attempt to effect service of the summons, the operative complaint, and Screening Order on Defendant Kyle-Ellender no later than **twenty days** after receipt of the completed USM-285 form.

1    **IT IS FURTHER ORDERED** that the U.S. Marshal is to **file the return of service under**

2    **seal** given Defendant's address shall remain sealed.

3    **IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's

4    claims against Defendant Kyle-Ellender may be subject to dismissal for failure to complete

5    service of process pursuant to Federal Rule of Civil Procedure 4(m).

7    DATED: April 11, 2024.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE