**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

DASHOD REED,

               Plaintiff,

    v.

PERRY RUSSELL, et al.,

               Defendants.

Case No. 2:22-cv-00537-RFB-BNW

**ORDER**

On April 11, 2024, the Court ordered Plaintiff to complete the USM-285 form for Defendant Kyle-Ellender and return it to the U.S. Marshals Service ("USMS") by May 11, 2024. ECF No. 35. On May 24, 2024, the summons issued for Defendant Kyle-Ellender returned as unexecuted because the USMS did not receive the completed USM-285 form. ECF No. 43. The Court warned Plaintiff that failure to return the USM-285 form may result in dismissal of his claims against Defendant Kyle-Ellender. ECF No. 35 at 2. The Court will afford Plaintiff one last opportunity to effect service on Defendant Kyle-Ellender and directs him to carefully follow the below instructions:

**IT IS THEREFORE ORDERED** that the USMS must attempt service on Defendant Kyle-Ellender.

**IT IS FURTHER ORDERED** that the Clerk of Court **must** issue a summons for Defendant Kyle-Ellender and deliver the same to the USMS for service together with one copy of each of the following documents: this Order, the operative complaint (ECF No. 16), the Court's Screening Order (ECF No. 15), and the address for Defendant Kyle-Ellender filed under seal (ECF No. 29).

**IT IS FURTHER ORDERED** that the Clerk of Court **must** send Plaintiff one blank USM-285 form, together with a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have **until July 17, 2024** to fill out the required USM-285 form and send it to the USMS. Plaintiff must fill out the blank space asking for

1    the defendant's address by specifying that Defendant Kyle-Ellender's address is filed under seal in

2    Case No. 2:22-cv-00537-RFB-BNW at ECF No. 29.

3           **IT IS FURTHER ORDERED** that the USMS **must**, in accordance with Federal Rule of

4    Civil Procedure 4(c)(3), attempt service on Defendant Kyle-Ellender no later than **20 days** after

5    receipt of the completed USM-285 form.

6           **IT IS FURTHER ORDERED** that the USMS is to **file the return of service under seal**

7    given that Defendant Kyle-Ellender's address shall remain sealed.

8           **IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's

9    claims against Defendant Kyle-Ellender may be subject to dismissal for failure to complete service

10   of process pursuant to Federal Rule of Civil Procedure 4(m).

11

12          DATED: June 17, 2024

13

14                                                    _____
                                                      BRENDA WEKSLER
15                                                    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28